THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Tyrone Shumpert,       
Appellant.
 
 
 

Appeal From Laurens County
James W. Johnson, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2005-UP-095
Submitted February 1, 2005  Filed February 8, 2005 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor William Townes Jones, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  Tyrone Shumpert appeals his 
 convictions for armed robbery and conspiracy.  He argues the trial judge erred 
 in denying his motion for a directed verdict.  His appellate attorney attaches 
 a petition to be relieved as Shumperts counsel, stating her review of the record 
 leads her to conclude Shumperts appeal lacks legal merit sufficient to warrant 
 granting Shumpert a new trial.  Shumpert filed a pro se brief.  

After a thorough review of the record, 
 we dismiss Shumperts appeal and grant counsels petition to be relieved pursuant 
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991). 
 [1] 
 APPEAL DISMISSED.
GOOLSY, HUFF, and STILWELL, JJ. concur.

 
 
 [1]   We decide this case without oral argument pursuant to Rules 215 
 SCACR.